RECEIVED
IN MONROE, LA
APR 18 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JOSEPH MICHAEL ANDREWS | CIVIL ACTION NO. 06-1438 |
| VS. | SECTION P |
| WARDEN JOHN GUNTER, ET AL. | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

### JUDGMENT

For the reasons stated in this Court's Ruling, adopting in part the Report and Recommendation of the Magistrate Judge previously filed herein and determining that the findings adopted are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that Plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** for failing to state a claim on which relief may be granted, all in accordance with the provisions of 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).

MONROE, LOUISIANA, this 18th day of April, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE